MILES v. SAMUELS et al.

(Supreme Court, Appellate Division, First Department. June 26, 1908.)

INJUNCTION—GROUNDS OF RELIEF—DEFENSES—INJUNCTION INEFFECTUAL OR NOT BENEFICIAL.

　　Where a landlord expressly declares that under no circumstances will she execute or consent to the assignment of a lease to plaintiff it is useless to continue a temporary injunction restraining interference by others with plaintiff's possession pending trial, and plaintiff should be left to his remedy at law.

Appeal from Special Term.

Action by Herbert Miles against Frank E. Samuels and others. From an order restraining defendants Samuels and Goldenberg from interfering with plaintiff's possession of premises pending the trial, they appeal. Order reversed.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, HOUGHTON, and SCOTT, JJ.

Charles Maitland Beattie, for appellants.
Arthur C. Bostwick, for respondent.

PER CURIAM. In view of the express declaration of the landlord that under no circumstances will she execute or consent to the assignment of a lease to the plaintiff, it is useless to continue this temporary injunction, and the plaintiff should be left to his remedy at law.

The order continuing the injunction is reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.